# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

February 10, 2014

Lyle W. Cayce
Clerk

No. 12-11122
Summary Calendar

UNITED STATES OF AMERICA,

                              Plaintiff–Appellee,

versus

MANASSEH PHILIP,

                              Defendant–Appellant.

───────────────

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:11-CR-361-1

───────────────

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Manasseh Philip has moved for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-11122

leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Philip has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein as well as Philip's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Philip's motion for appointment of substitute counsel is DENIED.